## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Latessa Lerogan–Washington
                                    Plaintiff,

v.                                                 Case No.: 1:22–cv–05357
                                                          Honorable John Robert Blakey

EYM Pizza of Illinois, LLC
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 9, 2024:

      MINUTE entry before the Honorable John Robert Blakey: By agreement, see [37], this case is dismissed without prejudice. The Court strikes all set dates and deadlines. Absent reinstatement by 6/5/24, this dismissal shall automatically convert to a dismissal with prejudice as to Plaintiff. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.